**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

CASE NO.: 08-13572-BKC-RAM
Chapter 7 Proceeding

**MARITZA GONZALEZ**
TIN 61-6379558

_____ Debtor(s). _____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

( )        The trustee has a balance of $      remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11.  The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment; or

( X )        The trustee has a balance of $ 5.33 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

        Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

        WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DATED:  January 4, 2010

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
One Flagler Building
14 NE First Ave., Penthouse
Miami, FL  33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708

Copies to:
Debtor
Attorney for Debtor
U.S. Trustee

Date:  01/04/10

Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 10022 Dated 01/04/10
Case Number 08-13572 - GONZALEZ, MARITZA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | 000003 | 426.62 | 3.44 |
| American Express Travel Related Services Co, Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 000009 | 233.34 | 1.89 |
| ----------- Remittance Total -------------- | | 659.96 | 5.33 |

COURT1

Printed: 01/04/10 10:16 AM    Ver: 15.05a